

RECEIVED
FEB - 4 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TENNESSEE
_____ DIVISION

Jason Wilk _____ Name

Prison Id. No. 112110

N/A _____ Name

Prison Id. No _____

Plaintiff(s)

v.

Giles County Jail _____ Name

N/A _____ Name

Defendant(s)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U S C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

   A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

      ☐ Yes    ☒ No

   B. If you checked the box marked "Yes" above, provide the following information:

      1. Parties to the previous lawsuit:

         Plaintiffs  N/A

         Defendants  N/A

2. In what court did you file the previous lawsuit? N/A

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? N/A

4. What was the Judge's name to whom the case was assigned? N/A

5. When did you file the previous lawsuit? N/A (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? N/A

7. When was the previous lawsuit decided by the court? N/A (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes    ☐ No    N/A

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? Giles County Jail, Pulaski TN 38478 200 Thomas Gatlin Dr

B. Are the facts of your lawsuit related to your present confinement?

   ☒ Yes    ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

   ☒ Yes    ☐ No

If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☒ Yes ☐ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? I have wrote Grievance about my pain and the whole in my leg from staff Infection

2. What was the response of prison authorities? I went to the hospitely and have not heard anything else about the pain in my knee Cap

G. If you checked the box marked "No" in question II.E above, explain why not. _____

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☒ Yes ☐ No

I. If you checked the box marked "Yes" in question II H above, have you presented these facts to the authorities who operate the detention facility?

☒ Yes ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? I have wrote Grievance about the pain this hole in my leg is causein,

2. What was the response of the authorities who run the detention facility? I have not heard any response

L. If you checked the box marked "No" in question II.I above, explain why not. _____

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Jason Hilts

Prison Id No. of the first plaintiff: 117110

Address of the first plaintiff: 200 Thomas Gatlin Dr (JNL May 2011)
(16740) West College St Pulaski TN
(Include the name of the institution and mailing address, including zip code.
If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: N/A

Prison Id. No. of the second plaintiff: N/A

Address of the second plaintiff: N/A

(Include the name of the institution and mailing address, including zip code.
If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: Giles County Jail

Place of employment of the first defendant: N/A

The first defendant's address: 200 Thomas Gatlin Dr
Pulaski TN, 38478

Named in official capacity?    ☒ Yes    ☐ No
Named in individual capacity"  ☐ Yes    ☐ No

2. Name of the second defendant: N/A

Place of employment of the second defendant: N/A

The second defendant's address: N/A

Named in official capacity?    ☐ Yes    ☐ No   N/A
Named in individual capacity"  ☐ Yes    ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

My name is Jason K Hicks. I was bit by a brown locus spider in the right leg witch led to a whole in my leg witch lead to staff and pain in my whole leg to my knee cap, witch occured on 1-20-11. I A-pod cell 1 on bottom while sleeping on the floor witch left a whole I can stike a thumb in it. Witch I was refused my meds 1-27-11 by C.O. Luna. I have told the Administrator in a Grievance over and over to Mrs. Maddox about my pain this is causein me. I have ask both C.O. about coming to the legal library to look into lawsuit facts of my case and I have been refused that right. C.O. Luna, Head Gallehart, Mrs. Maddox per self has been notified about this and nothin has been done. I should't of been sleeping on the floor and my leg should'nt be scared. I have sent you a letter already with more details. Thank you for your time and consideration.

Brown locus spider bite witch led to staff Infection witch left my leg with a scare with pain when I walk.
Grievnc numbers, 5629, 5665, 5613, 5598, 5618
Notery number, 5666. These are my request numbers.

V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Giles County Jail = $10,000
B. _____
C. _____
D. _____
E. _____

F. I request a jury trial  ☒ Yes  ☐ No

Case 1:11-cv-00009  Document 1  Filed 02/04/11  Page 5 of 9 PageID #: 5

5

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature. _[signature]_ Date: _____

Prison Id. No. __HZ-110  1/21/0__

Address: _200 Thomas Gatlin Dr Pulaski TN 38478_
_(Til may 2011) 16740 W. College St Pulaski TN_
(Include the city, state and zip code.)

Signature: __N/A__ Date. _____

Prison Id. No. __N/A__

Address: __N/A__
(Include the city, state and zip code.)

<u>ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT</u>, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

<u>ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*</u>, if not paying the civil filing fee.

<u>SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER</u>. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

① Spider bite witch led to STAFF Infection   Jason Hilts vs Giles County Jail

1-26-11
   12:10pm
   Terry Rutherford
I got a maybe for Legal Library,
Never got to go

1-26-11
   No Meds for Dinner
Terry Rutherford
   Asked about them, said we will
look into never heard bac

1-26-11
1-25-11    asked for Gauge and Alchole pad
1-27-11 to Clean my leg, I was refused
1-28-11 Riggs, Sandrell, Rutherford, Head.
   asked to go to the Legal Libary witch
I was denied,

1-25-11 Went to Hillside Hospitaply
   witch is billed to me,

Thomas Gatlin Dr
TN 38478




Clerk, U.S. District Court
U.S. Courthouse, Room 800
Nashville, TN 37203
Official Business

RECEIVED
FEB - 4 2011
U S DISTRICT COURT
MIDDLE DISTRICT OF TENN

Case 1:11-cv-00009   Document 1   Filed 02/04/11   Page 8 of 9 PageID #: 8

Giles County Jail
Not Responsible For Contents