UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JASON HILLS                     ]
     Plaintiff,                  ]
                                 ]
v.                               ]     No. 1:11-0009
                                 ]     JUDGE HAYNES
GILES COUNTY JAIL                ]
     Defendant.                  ]

M E M O R A N D U M

Plaintiff, Jason Hills, an inmate at the Giles County Jail in Pulaski, Tennessee, filed this *pro se* action under 42 U.S.C. § 1983 against the Defendant Giles County Jail. Plaintiff's claims challenge the legality of conditions of his confinement. Specifically, Plaintiff alleges that he was bitten by a spider while sleeping of the floor of his cell. Plaintiff also alleges that he was denied medication and was denied access to a law library. For these claims, Plaintiff declined to add any additional parties. (Docket Entry No. 1, Complaint at 4). Plaintiff seeks only damages.

First the Defendant Giles County Jail is not a person that can be sued under Section 1983. Rhodes v.McDannel, 945 F.2d 117, 120 (6th Cir. 1991); *see also* Petty v. County of Franklin, Ohio, 478 F.3d 341, 347 (6th Cir. 2007)(a county sheriff's department is also not a "person" subject to liability under § 1983).

Accordingly, Plaintiff's complaint fails to state a claim for relief under 42 U.S.C. § 1983.

An appropriate order is filed herewith.

WILLIAM J. HAYNES, JR.
United States District Judge
4-26-11