UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

JASON HILLS )
 )  Case No. 1:11-cv-009
v. )  Judge Haynes
 )
GILES COUNTY JAIL )
 )
 )
 )

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on April 26, 2011.

      KEITH THROCKMORTON, CLERK

      s/   Hannah Blaney